FILED'09 SEP 01 15:04USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BRUCE DUNN | ) | Civil No. 09-3035-PA |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK E. MCGAVIC, P.C. | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Judgment is for Plaintiff Bruce Dunn in the sum of one thousand dollars.

DATED this ___/___ day of September, 2009.

*Owen M. Panner* (signature)
Owen M. Panner
United States District Judge

1 - JUDGMENT