FILED'09 SEP 21 12:04USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE DUNN,                        )
                                   )
       Plaintiff,              )    CV 09-3035-PA
                                   )
v.                                 )
                                   )    **ORDER**
DERRICK E. McGAVIC, P.C.,          )
                                   )
       Defendant.              )

    Plaintiff's motion for attorney fees and costs (# 16) is granted. Plaintiff is awarded $8,000, inclusive of fees and costs.

    Dated this 21 day of September, 2009.

                                                OWEN M. PANNER
                                                U.S. District Judge

1 - ORDER